Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Sevana Babooian (Bar No. 285432)
sbabooian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
The Prudential Insurance Company of America

**IT IS SO ORDERED**
*[Signature]*
Judge Edward J. Davila
DATED: 5/5/2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NUNES,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 5:16-cv-1732-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date Served: April 13, 2016<br>Orig. Resp Due: May 4, 2016<br>New Resp Due: June 3, 2016 |

WHEREAS, Plaintiff KAREN NUNES ("Plaintiff") served upon Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action on April 13, 2016;

WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by May 4, 2016;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court of the Northern District of California, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential to June 3, 2016;

IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by and through their respective attorneys of records, that the time within which a

responsive pleading to Plaintiff's Complaint must be filed and served by Prudential is extended to June 3, 2016.

**IT IS SO STIPULATED.**

Dated: May 3, 2016                    ERISA LAW GROUP
                                      Robert J. Rosati
                                      Thornton Davidson


                                      By: */s/ Thornton Davidson*
                                          Thornton Davidson
                                          Attorneys for Plaintiff
                                          Karen Nunes

Dated: May 3, 2016                    MESERVE, MUMPER & HUGHES LLP
                                      Linda Lawson
                                      Sevana Babooian


                                      By: */s/ Sevana Babooian*
                                          Sevana Babooian
                                          Attorneys for Defendant
                                          The Prudential Life Insurance
                                          Company of America

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

149465.1

2

Case No. 5:16-cv-1732-NC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT